Michelle Buhler, Alaska Bar No. 12108
Charles Jordan, Alaska Bar No. 12109
HARRIGAN LEYH FARMER & THOMSEN LLP
999 Third Ave., Suite 4400
Seattle, WA 98104
Phone: (206) 623-1700
Fax: (206) 623-8717
Email: michelleb@harriganleyh.com,
chipj@harriganleyh.com

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOG MARINE, LLC, an Alaska Limited Liability Company,<br><br>Plaintiffs,<br>v.<br><br>RESOLVE MARINE GROUP, INC., a Florida corporation; RESOLVE EQUIPMENT, INC., formerly Resolve Marine Services, Inc., a Florida corporation; RESOLVE ALASKA HOLDINGS, INC. f/k/a Resolve – Magone Marine Services (Alaska), Inc., a Florida corporation; N C POWER SYSTEMS CO., a Washington Corporation,<br><br>Defendants. | Case No. 3:23-cv-00141-SLG<br><br>IN ADMIRALTY<br><br>COMPLAINT |

## I. INTRODUCTION

1. This is an admiralty or maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure, and is within the jurisdiction of this Court pursuant to the general maritime law and 28 U.S.C. § 1333.

COMPLAINT
LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

Case 3:23-cv-00141-SLG   Document 1   Filed 06/30/23   Page 1 of 6

## II. PARTIES

2. Plaintiff Fog Marine, LLC ("Fog Marine") is an Alaska limited liability company with its principal place of business in Lynnwood, Washington.

3. Defendant Resolve Marine Group, Inc., is a Florida Corporation with its principal place of business in Fort Lauderdale, Florida.

4. Defendant Resolve Equipment, Inc., f/k/a Resolve Marine Services, Inc., is a Florida corporation with its principal place of business in Fort Lauderdale, Florida.

5. Defendant Resolve Alaska Holdings, Inc., f/k/a Resolve Magone Marine Services (Alaska), Inc., is a Florida corporation with its principal place of business in Fort Lauderdale, Florida.

6. Defendant NC Power Systems Co. is a Washington corporation with its principal place of business in Tukwila, Washington.

## III. JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over this matter in admiralty under 28 U.S.C. §1333 because it involves a dispute over a contract for the repair of the Vessel which is a maritime contract. This a maritime tort for which the Court also has subject matter jurisdiction pursuant to 28 U.S.C. §1333.

8. This Court has personal jurisdiction over the defendants by their conducting business in Dutch Harbor, Alaska.

9. Venue is proper in the United States District Court for the District of Alaska pursuant to 28 U.S.C. §1391(b)(2).

COMPLAINT   Case 3:23-cv-00141-SLG   Document 1   Filed 06/30/23   Page 2 of 6

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

## IV. FACTS

10. At the heart of this case is the alignment of the propulsion system of the F/V EASTERN HUNTER ("Vessel"), an 88' fish tender vessel owned and operated by Fog Marine. The Vessel serves as a tender in the Bristol Bay, Alaska salmon fishery as well as other Alaska fisheries. From the engine reduction gear aft to the propeller, the Vessel's propulsion arrangement consists of three shafts joined with coupling flanges to form a single drive shaft; specifically, the forward shaft, the intermediate shaft, and the tail shaft. The drive shaft is supported along its length in the shaft alley of the hull by two inline shaft Babbitt bearings. The shaft passes through the hull to attach to the propeller at the stern tube, which contains another bearing, the stern tube cutless bearing.

11. On or about July 1, 2020, the Vessel struck a submerged object, resulting in the breakage of the tail shaft, damage to the cutless bearing and other damage. In or about early July 2020, Fog Marine retained the Resolve defendants to repair the Vessel at the Resolve defendants' shipyard in Dutch Harbor, Alaska. The contracted repairs included the replacement of the Vessel's tail shaft and cutless bearing, as well as other repairs to the Vessel's propulsion shaft arrangement. As part of this work, the Resolve defendants, together with defendant NC Power Systems retained by plaintiff in or about September 2020, were responsible for the proper alignment of the Vessel's entire propulsion shaft arrangement from the propeller to the gear box.

12. Defendants delivered the Vessel to Fog Marine in or about September 2020 whereupon the Vessel returned to service. Thereafter, the Vessel sustained damage to its propulsion shaft arrangement, including but not limited to, the two Babbitt line bearings. The

COMPLAINT Case 3:23-cv-00141-SLG   Document 1   Filed 06/30/23   Page 3 of 6

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

reduction gear also failed. The damage to the bearings and other Vessel components and the failure of the reduction gear necessitated extensive repairs. Investigation during the repairs revealed that defendants failed to properly install and align the propulsion shaft arrangement in accordance with good industry practice and further revealed that the Resolve defendants failed to replace the cutless bearing, although having represented to plaintiff that they had done so. As a result of the Resolve defendants' failure to install a new cutless bearing and all defendants' failure to properly align the Vessel's propulsion shaft arrangement and other errors, the Vessel was disabled from serving as a tender during the 2021 and 2022 Bristol Bay salmon seasons, thereby causing Fog Marine significant economic loss in addition to the substantial costs it incurred to repair the Vessel.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION: BREACH OF CONTRACT

13. Plaintiff incorporates by reference the allegations in Paragraphs 1-12 as fully set forth herein.

14. Defendants, pursuant to their respective repair contracts with plaintiff, agreed to properly perform the subject repairs including, but not limited to, the installation of the tail shaft and stern tube cutless bearing and the alignment of the Vessel's entire propulsion shaft arrangement, and deliver the Vessel to Fog Marine with the contracted for repairs completed to Fog Marine's satisfaction.

15. Defendants materially and substantially breached the subject ship repair contracts through various acts and omissions, including but not limited to, their failure to

COMPLAINT — Case 3:23-cv-00141-SLG   Document 1   Filed 06/30/23   Page 4 of 6

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

properly install the Vessel's tail shaft, install the cutless bearing and properly align the Vessel's propulsion shaft arrangement.

16. Defendants' material breach of the subject ship repair contracts was the direct and proximate cause of the damages sought by plaintiff herein.

## SECOND CAUSE OF ACTION:
## BREACH OF THE WARRANTY OF WORKMANLIKE PERFORMANCE

17. Plaintiff incorporates by reference the allegations in Paragraphs 1–12 as fully set forth herein.

18. The subject ship repair contracts include an implied warranty of workmanlike performance.

19. Defendants failed to properly repair the Vessel in a workmanlike manner in that they failed to exercise the same care and diligence as would be exercised by ordinarily prudent and skillful ship repairers under the same circumstances as presented to defendants at all times relevant, including but not limited to, their failure to properly install the tail shaft, install the cutless bearing and properly align the Vessel's propulsion shaft arrangement.

20. Plaintiff's damages sought herein are the direct, foreseeable and proximate result of defendants' breach of their warranty of workmanlike performance.

## THIRD CAUSE OF ACTION:
## NEGLIGENCE

21. Plaintiff incorporates by reference the allegations in Paragraphs 1–12 as fully set forth herein.

22. Defendants had a duty to act with reasonable care in performing the above referenced repairs to the Vessel's propulsion shaft arrangement.

COMPLAINT — Case 3:23-cv-00141-SLG   Document 1   Filed 06/30/23   Page 5 of 6

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

23. Defendants breached their duty of reasonable care to Fog Marine in performing the above referenced repairs to the Vessel's propulsion shaft arrangement through various acts and omissions, including but not limited to, their failure to properly install the Vessel's tail shaft, replace the cutless bearing and properly align the Vessel's propulsion shaft arrangement.

24. The damages sought herein are solely the direct, foreseeable and proximate result of defendants' breach of the duty of reasonable care they owed to Fog Marine.

## VI. PRAYER FOR RELIEF

Plaintiff prays for relief against defendants as follows:

1. An award of damages in an amount to be proven at trial;

2. An award of pre-judgment interest;

3. An award of costs and attorney's fees incurred by plaintiffs in bringing this action; and

4. For such other and further relief as the Court deems just and equitable.

RESPECTFULLY SUBMITTED this 29th day of June, 2023.

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Michelle Buhler*
Michelle Buhler, Alaska Bar No. 12108
By: *s/ Charles Jordan*
Charles Jordan, Alaska Bar No. 12109
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: 206-623-1700 / Fax: 206-623-8717
Email: michelleb@harriganleyh.com
chipj@harriganleyh.com
***Attorneys for Plaintiff***

COMPLAINT - 6
Case 3:23-cv-00141-SLG   Document 1   Filed 06/30/23   Page 6 of 6

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717